IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY J. BRODZKI                                                    PLAINTIFF

v.                            4:11-cv-771-DPM

FEDERAL BUREAU OF INVESTIGATION;
and DEPARTMENT OF JUSTICE                                         DEFENDANTS

## JUDGMENT

Anothony Brodzki's complaint and amended complaint are dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 December 2011