# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ANTHONY J. BRODZKI**                                                    **PLAINTIFF**

**v.**                                  **4:11-cv-771-DPM**

**FEDERAL BUREAU OF INVESTIGATION;**
**and DEPARTMENT OF JUSTICE**                                    **DEFENDANTS**

## JUDGMENT

Anothony Brodzki's complaint and amended complaint are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 December 2011